# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

JA RAF MUINA,

    Plaintiff,

vs.                                                       4:06-CV-336-SPM

KKK, ST. JOE PAPER CO., et. al,

    Defendants.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 4) dated August 29, 2006. The parties have been furnished a copy and have been afforded an opportunity to file objections. No objections have been filed to date.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.     The magistrate judge's report and recommendation (doc. 4) is adopted and incorporated by reference in this order.

Page 2 of 2

2. This case is *dismissed* without prejudice for failure to prosecute.

**DONE AND ORDERED** this <u>eighteenth</u> day of October, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge